# UNITED STATES DISTRICT COURT
### for the
### Central District of California

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
)   Case No.   5:21-MJ-00558
3 United States Postal Service ("USPS") Priority Mail )
Express and 1 USPS Priority Mail parcel currently in the )
custody of the United States Postal Inspection Service )
("USPIS") )
)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

located in the Central District of California, there is now concealed *(identify the person or describe the property to be seized)*:

*See Attachment B*

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☒ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| See attached affidavit | See attached affidavit |

The application is based on these facts:

*See attached Affidavit*

☒ Continued on the attached sheet.

☐ Delayed notice of _____ days (*give exact ending date if more than 30 days*: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Postal Inspector Anthony Herrera Jacobs / USPIS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____

_____
*Judge's signature*

City and state: <u>Riverside, CA</u>       Honorable Sheri Pym, Magistrate Judge
*Printed name and title*

SAUSA: Christian R. Acevedo / 951-276-6922

**AFFIDAVIT**

I, Anthony Herrera Jacobs, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of an application for a warrant to search 3 United States Postal Service ("USPS") Priority Mail Express and 1 USPS Priority Mail parcel currently in the custody of the United States Postal Inspection Service ("USPIS"), as described more fully in Attachment A ("SUBJECT PARCEL 1" through "SUBJECT PARCEL 4," and, collectively, the "SUBJECT PARCELS"). The requested search warrant seeks authorization to seize evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance) (the "SUBJECT OFFENSES"), as described more fully in Attachment B. Attachments A and B are incorporated by reference herein.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all

conversations and statements described in this affidavit are related in substance and in part only.

## II. INTRODUCTION

3. I am a Postal Inspector with USPIS and have been since August 2003. I am currently assigned to the USPIS Los Angeles Division, San Bernardino Domicile, Prohibited Mailing Narcotics Team and Parcel Task Force, which is responsible for investigating drug trafficking organizations that use parcels to transport and distribute illegal drugs and/or drug-sale proceeds.

4. As part of my training to become a Postal Inspector, I completed a twelve-week Postal Inspector basic training course, which included training on how to investigate narcotics trafficking via the United States mail. I also completed an advanced training course specifically designed for training investigators of narcotics mailers and shippers. Furthermore, as part of my law enforcement duties, I have conducted numerous parcel investigations that have resulted in the arrest of individuals who have received and distributed controlled substances, as well as the seizure of illegal drugs and proceeds from the sale of illegal drugs.

5. I have completed thousands of hours of criminal investigations, including compiling information; interviewing victims, witnesses, and suspects; and collecting evidence to support criminal complaints. I have worked with other experienced state and federal law enforcement officers and supervisors and have gained knowledge and experience from them.

My work has involved preparing and assisting in the drafting and service of numerous search warrants.  I have testified in federal court and state superior court concerning both misdemeanor and felony offenses.  I received training in the investigation of drug trafficking activities that use USPS mail.  As part of my law enforcement duties, I have conducted and assisted several parcel investigations that have resulted in the arrest of individuals who have received and distributed illegal drugs, as well as the seizure of illegal drugs and drug-sale proceeds.

### III. PARCELS TO BE SEARCHED

6. On August 26, 2021, during routine parcel profiling, I detained the SUBJECT PARCELS at San Bernardino Processing and Distribution Center ("SBP&DC") in Redlands, California.  I, along with other Postal Inspectors, identified the SUBJECT PARCELS for additional investigation because the SUBJECT PARCELS met certain criteria common to packages containing contraband.  Specifically, the SUBJECT PARCELS were USPS Priority Mail and USPS Priority Mail Express boxes without business account numbers, and the names of senders and/or recipients did not appear in law enforcement and open-source databases as associated with the listed addresses.

### IV. STATEMENT OF PROBABLE CAUSE

**A.  Background**

7. Based on my training and experience as a Postal Inspector, and the experiences related to me by fellow Postal

Inspectors who specialize in drug investigations, I declare as follows:

      a.   Postal Inspectors have been conducting investigations of drug trafficking via USPS Express Mail and Priority Mail since the mid-1980s.  In the early 1990s, Postal Inspectors in Los Angeles, California, and surrounding regions such as the High Desert/Low Desert areas that include Riverside and San Bernardino counties, began conducting organized interdictions of Priority Mail Express and Priority Mail parcels suspected of containing controlled substances and proceeds from the sale of controlled substances.  Postal Inspectors also regularly examined and investigated Priority Mail Express and Priority Mail parcels.  During the 1990s, Postal Inspectors observed that the trend was for drug traffickers to send controlled substances and proceeds from the sale of controlled substances, in the form of cash, using boxes.

      b.   Although Postal Inspectors still see the use of boxes for controlled substances and cash, there has been a gradual change over the years toward the current trend of using smaller boxes, flat cardboard envelopes, and Tyvek envelopes, with proceeds from the sale of controlled substances converted to money orders.  By using money orders, drug traffickers are able to send large dollar amounts in compact form, using much smaller conveyances, which lend a sense of legitimacy to the parcel.

      c.   The San Bernardino County and Riverside County areas (collectively, the "Inland Empire") are a significant

source area for controlled substances. Controlled substances are frequently transported from the Inland Empire area via the United States Mail, and the proceeds from the sale of controlled substances are frequently returned to the Inland Empire area via the United States Mail. These proceeds are generally in the form of money orders, bank checks, or similar monetary instruments in an amount over $1,000. Based on my training and experience, I know that proceeds from the sale of controlled substances often contain the odor of controlled substances because they have been contaminated with or associated with the odor of one or more controlled substances.

        d.   Drug traffickers often use one of two USPS services: Priority Mail Express, which is the USPS overnight/next day delivery mail product, or Priority Mail Service, which is the USPS two-to-three-day delivery mail product. Drug traffickers use the Priority Mail Express delivery service because of its speed, reliability, and the ability to track the article's progress to the intended delivery point. Drug traffickers use the Priority Mail delivery service because it allows drug traffickers more time for travel between states if they decide to follow a shipment to its destination for distribution. Also, by adding delivery confirmation to a Priority Mail parcel, drug traffickers have the ability to track the article's progress to the intended delivery point, as if the parcel had been mailed using the Priority Mail Express Service.

      8.   Based on my training and experience, and the collective experiences related to me by fellow Postal Inspectors

who specialize in investigations involving the mailing of controlled substances and proceeds from the sale of controlled substances, I know that the following indicia suggest that a parcel may contain drugs or drug trafficking proceeds:

      a. The parcel is contained in a box, flat cardboard mailer, or Tyvek envelope;

      b. The parcel bears a handwritten label, whether USPS Express Mail or Priority Mail;

      c. The handwritten label on the parcel does not contain a business account number;

      d. The seams of the parcel are all taped or glued shut;

      e. The parcel emits a particular odor of a cleaning agent or adhesive or spray foam that can be detected by a human; and

      f. Multiple parcels are mailed by the same individual, on the same day, from different locations.

9. Parcels exhibiting some of these characteristics are the subject of further investigation, which may include verification of the addressee and return addresses and examination by a trained drug detection dog.

10. I know from my experience and training that drug traffickers often use fictitious or incomplete names and/or addresses in an effort to conceal their identities from law enforcement officers investigating these types of cases. Indeed, it is my experience that to the extent real addresses

are ever used it is only to lend a legitimate appearance to the parcel and is almost always paired with a false name.

### B.   Initial Investigation of the SUBJECT PARCELS

11.   On August 26, 2021, I, along with other Postal Inspectors, located the SUBJECT PARCELS at the San Bernardino Processing and Distribution Center in Redlands, California.  In doing so, I and other Postal Inspectors saw that the SUBJECT PARCELS met some of the above-mentioned criteria for the identification of suspicious parcels.  Specifically, the SUBJECT PARCELS were all USPS Priority Mail Express or USPS Priority Mail parcels, and they did not contain business account numbers.

12.   On August 26, 2021, I used law enforcement and open-source databases to cross reference the return and recipient addresses listed on the SUBJECT PARCELS and determined the following:

a.   SUBJECT PARCEL 1 is a USPS Priority Mail parcel bearing tracking label number 9505514101661238347300, weighing approximately 15 pounds 10 ounces.  The return address for SUBJECT PARCEL 1 is "Richard Bromley 206 East 10th st. San Bernardino CA 92410."  I found the address using law enforcement and open-source databases but was unable to associate "Richard Bromley" to that address.  The recipient address listed for SUBJECT PARCEL 1 is "Mariah Ruehle 604 7th Ave North Saint Cloud MN 56303."  I found the recipient address using law enforcement and open-source databases and was able to connect it to a "Mariah Ruchle" as a prior resident to the address.  In my experience, it is common for drug traffickers to utilize prior

7

addresses in an effort to thwart law enforcement detection. A USPIS records check shows that in 2016, the recipient address associated with a USPIS marijuana investigation.

  b. SUBJECT PARCEL 2 is a USPS Priority Mail Express parcel bearing tracking label number EJ962249469US, weighing approximately 3 pounds 11 ounces. The return address listed for SUBJECT PARCEL 2 is "E + S 2155 N. Palm Canyon Palm Springs, CA 92262." I found the address using law enforcement and open-source databases but was unable to connect it to anyone resembling "E + S." The recipient address listed for SUBJECT PARCEL 2 is "LGBtQ HQ 6453 Penrose Brentwood, TN 37027." I found the recipient address using law enforcement and open-source databases and was unable to connect it to any organization resembling "LGBtQ HQ."

  c. SUBJECT PARCEL 3 is a USPS Priority Mail Express parcel bearing tracking label number EJ823710963US, weighing approximately 9 pounds 9 ounces. The return address for SUBJECT PARCEL 3 is "Edward Solis 8806 Mango Ave, fontana CA 92335." I found the address using law enforcement and open-source databases but was unable to associate "Edward Solis" to that address. The recipient address listed for SUBJECT PARCEL 3 is "Latisha Stephens 309 Deerfield rd ap1 #1 Syracuse NY 13057." I found the address using law enforcement and open-source databases and was able to connect it to "Latisha Stephens."

  d. SUBJECT PARCEL 4 is a USPS Priority Mail Express parcel bearing tracking label number EJ765678047US, weighing approximately 8 pounds 5 ounces. The return address for SUBJECT

8

PARCEL 4 is "M GONZALES 31915 RANCHO CALIF RD SUITE 200-326 TEMECULA, CA 92591."  I found the address using law enforcement and open-source databases but was unable to associate "M Gonzales" to that address.  The recipient address listed for SUBJECT PARCEL 4 is "PAUL MANZI 54 LYMAN AVE JOHNSTON, RI 02919."  I found the address using law enforcement and open-source databases and was able to connect it to "Paul Manzi."

**C.   Drug-Detection Dog Alerts to the SUBJECT PARCELS**

13.   On August 26, 2021, based on the suspicious characteristics of the SUBJECT PARCELS, Chino Police Department Officer Angel Bran had his trained narcotics detection dog, "Cyra," examine the exterior of the SUBJECT PARCELS.  Attached hereto as Exhibit 1, and incorporated herein by reference, is a true and correct copy of information provided to me by Officer Bran regarding Cyra's training and history in detecting controlled substances.

14.   The SUBJECT PARCELS were placed in an area by Officer Bran to perform a K-9 sniff with Cyra.  Officer Bran told me that Cyra gave a positive alert to each of the SUBJECT PARCELS separately, indicating the presence of controlled substances or other items, such as the proceeds of controlled substances, which have been recently contaminated with the odor of controlled substances.

9

## V. CONCLUSION

15. For the reasons set forth above, there is probable cause to believe that the SUBJECT PARCELS, as described in Attachment A, contain evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance), as described in Attachment B.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this ____ day of
August, 2021.

_____
HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE

**ATTACHMENT A**

PARCELS TO BE SEARCHED

1.  The following 3 United States Postal Service ("USPS") Priority Mail Express and 1 USPS Priority Mail parcels seized on August 26, 2021 at the San Bernardino Processing and Distribution Center located at 1900 W. Redlands Blvd in Redlands, California, and currently in United States Postal Inspection Service custody in San Bernardino, California:

    a.  SUBJECT PARCEL 1 is a USPS Priority Mail parcel bearing tracking label number 9505514101661238347300, weighing approximately 15 pounds 10 ounces.  The return address for SUBJECT PARCEL 1 is "Richard Bromley 206 East 10th st. San Bernardino CA 92410."  The recipient address listed for SUBJECT PARCEL 1 is "Mariah Ruehle 604 7th Ave North Saint Cloud MN 56303."  The parcel was postmarked in San Bernardino, California on August 26, 2021, with a postage paid $59.35.

    b.  SUBJECT PARCEL 2 is a USPS Priority Mail Express parcel bearing tracking label number EJ962249469US, weighing approximately 3 pounds 11 ounces.  The return address listed for SUBJECT PARCEL 2 is "E + S 2155 N. Palm Canyon Palm Springs, CA 92262."  The recipient address listed for SUBJECT PARCEL 2 is "LGBtQ HQ 6453 Penrose Brentwood, TN 37027."  The parcel was postmarked in Palm Springs, California on August 26, 2021, for a paid postage of $50.85.

    c.  SUBJECT PARCEL 3 is a USPS Priority Mail Express parcel bearing tracking label number EJ823710963US, weighing approximately 9 pounds 9 ounces.  The return address for SUBJECT

PARCEL 3 is "Edward Solis 8806 Mango Ave, fontana CA 92335." The recipient address listed for SUBJECT PARCEL 3 is "Latisha Stephens 309 Deerfield rd ap1 #1 Syracuse NY 13057." The parcel was postmarked in Rialto, California on August 26, 2021, with a postage paid of $114.75.

        d.    SUBJECT PARCEL 4 is a USPS Priority Mail Express parcel bearing tracking label number EJ765678047US, weighing approximately 8 pounds 5 ounces. The return address for SUBJECT PARCEL 4 is "M GONZALES 31915 RANCHO CALIF RD SUITE 200-326 TEMECULA, CA 92591." The recipient address listed for SUBJECT PARCEL 4 is "PAUL MANZI 54 LYMAN AVE JOHNSTON, RI 02919." The parcel was postmarked in Temecula, California on August 26, 2021, with a paid postage of $130.25.

**ATTACHMENT B**

<u>ITEMS TO BE SEIZED</u>

The following are to be seized from the parcels described in Attachment A, which constitute evidence, fruits, and instrumentalities of violations of Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance):

    a.   Any controlled substances, including marijuana;

    b.   Currency, money orders, bank checks, or similar monetary instruments in quantities over $1,000; and

    c.   Parcel wrappings used to conceal items described in (a) and/or (b).

# EXHIBIT 1

## AFFIDAVIT

## HANDLER ANGEL BRAN AND K9 "CYRA"

I, **Officer Angel Bran,** attended the Adlerhorst Police Dog Handler Course in June 2019 with Police Service Dog (PSD) Cyra. I received 240 hours of instruction in basic police dog handling skills. PSD Cyra and I were certified as a patrol team in August 2019. In August 2020, PSD Cyra and I attended the Adlerhorst Police Dog School Drug Detection Class. During this course, PSD Cyra and I receive 240 hours of instruction in the detection of the odor of illegal drugs. In September 2020, PSD Cyra and I passed a certification test in the detection of the odor of illegal drugs. During this course, I personally observed PSD Cyra alert to the presence of the odor of an illegal drug. I am familiar and knowledgeable in the behavior's PSD Cyra engages in when she detects the odor of illegal drugs.

I have been a Peace Officer since 2013 and have been present at hundreds of drug investigations since the start of my career. I have received formal training from the San Bernardino County Sheriff's Department, Chino Police Department and the California Narcotic Officers' Association on drug recognition and symptomology.

I do continual training with PSD Cyra through Adlerhorst International and out in the field during patrol or training sites hosted by different police departments. The training includes various hiding locations including, but not limited to: vehicles, buildings, bags, parcels and open areas. This training also includes proofing PSD Cyra on novel odors such as: plastic, boxes, latex, tape, metal, money (circulated and un-circulated) and food. I also proof PSD Cyra off my human odor. This training is on-going and continual.

On 08/26/2021 between 1600 hours and 1715 hours, Postal Inspector Jacobs asked the assistance of PSD Cyra and I in a narcotic parcel investigation. PSD Cyra alerted to the presence of the odor of an illegal drug emitting from the following:

**USPS parcel:** EJ 823 710 963 US

**USPS parcel:** 9505 5141 0166 1238 3473 00

**USPS parcel:** EJ 962 249 469 US

**USPS parcel:** EJ 765 678 047 US

**K9 Officer Angel Bran ID#3655**
**Chino Police Department**